UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:24-CR-145 |
| v. | ) | |
| | ) | **POSITION OF THE GOVERNMENT** |
| MARI ALEXANDER | ) | **REGARDING PRESENTENCE** |
| | ) | **REPORT** |

Comes now the United States, by and through its undersigned attorney, and submits its position regarding the Presentence Report, revised September 11, 2026 (the "PSR"). The Government does not have any objections to material information, sentencing classifications, sentencing guideline ranges, or policy statements contained in or omitted from the PSR.

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

By: ______________________________

Michael L. Jones
Trial Attorney
National Fraud Enforcement Division, Tax Section
U.S. Department of Justice
DC Bar No. 1047027
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 598-3727
Michael.L.Jones@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Eileen Parrish, counsel for Defendant, on this, the 14th day of September, 2026.

By: ______________________________
Michael L. Jones
Trial Attorney
National Fraud Enforcement Division, Tax Section
U.S. Department of Justice